UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BARBARA S., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-02063-RLY-DLP |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation on Plaintiff's

Complaint for Judicial Review.   The parties were afforded due opportunity pursuant to

statute and the rules of this court to file objection; none were filed.   The court, having

considered the Magistrate Judge's Report and Recommendation, hereby ADOPTS the

Magistrate Judge's Report and Recommendation.


**SO ORDERED** this 9th day of September 2022.


RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsel of Record